United States Courts
Southern District of Texas
**FILED**
*January 12, 2025*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Margarita Martinez**

**CRIMINAL COMPLAINT**

Case Number: **C-25-025M**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 11, 2025** (Date) in **Brooks** County, in the Southern District of Texas, defendant, **Margarita Martinez**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

See Attached Affidavit of U.S. Border Patrol Agent **Alejandro Gonzalez**

Continued on the attached sheet and made a part of this complaint:   **X** Yes   ☐ No

Signature of Complainant
**Alejandro Gonzalez**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

January 12, 2025
Date

at

Corpus Christi, Texas
City and State

**Mitchel Neurock U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report /affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**

On January 11, 2025, at approximately 9:20 p.m., Border Patrol Agents encountered a black 2022 Chevrolet Tahoe at the primary inspection area for an immigration inspection of all occupants. The agent observed six subjects in the vehicle. Once the vehicle stopped, the agent asked the driver, identified as, Margarita MARTINEZ, where she was going. MARTINEZ replied that they were going to Corpus Christi. The agent asked her if everyone was family in the vehicle and she stated, "yes, they are my daughters." The agent continued to check the vehicle, and noticed an older lady in the third row, identified as Mayra Yesenia VELIS-Deras, and asked MARTINEZ how old was her daughter and she stated that she was 16 years old. The agent asked VELIS if she had an identification card and MARTINEZ interrupted and stated that she was a senior at Palmview High School. The agent asked MARTINEZ if she had any proof or pictures to verify that VELIS was in school? MARTINEZ replied, "No, I don't". The agent asked if she had a school identification card with her and she responded, "No, entiendo Ingles" (I don't understand English). The agent asked MARTINEZ who was VELIS to her? MARTIMEZ replied that VELIS works for her and does not know anything about her immigration status. The agent turned to VELIS and asked her if she was here in the United States illegally and she stated yes.

At this time, the agent asked MARTINEZ to step out of the vehicle and told her she was under arrest for attempting to smuggle illegal aliens. The agent escorted MARTINEZ to the processing area for further investigation. A Border Patrol Agent questioned another back seat passenger, identified as Lusy Margareth HERNANDEZ-Barralaga, as to her citizenship to which she replied that she was from Honduras with no legal documents to allow her to be in the United States. Both Hernandez and Velis were escorted to the processing area.  Agents escorted MARTINEZ'S four United States Citizen children inside the processing area.

NOTE: MARTINEZ was traveling with her four kids ages 12, 8, 4, and 3. The children were picked up by her family member.

**MIRANDA RIGHTS WARNING:**

All subjects were advised of their Miranda Rights in their respective languages.

**PRINCIPAL STATEMENT:** Margarita Martinez

MARTINEZ stated that she woke up today (Saturday, January 11, 2025) at approximately 7:15 A.M. MARTINEZ stated at approximately 9:00 A.M. she took one of her children to Church (San Martin de Porras in Alton, Texas) and then at 9:30 A.M. went with her oldest daughter to her soccer game in Cesar Chavez Middle School located in Palmview, Texas. MARTINEZ said that after the soccer game, she went to Peter Pipper Pizza in Palmview. At approximately 11:15 A.M., she went back to get her daughter in the prior mentioned middle school, and following went to her home in Mission, Texas. MARTINEZ stated she met the two subjects seating in the rear seats of her vehicle through a lady that works in a "tortilleria" named RAMIREZ, Berta.

At this time, MARTINEZ was confronted about possibly being lying during questioning and then change her story to the following.

MARTINEZ stated she has a friend from high school who spoke to her couple months ago about getting arrested and that she knew people that does smuggling. MARTINEZ stated her friend asked her that if she wanted to do it, "they" were going to pay her $3,000.00 USD per subject that gets smuggled. MARTINEZ stated she told her if it was safe, she wanted to do it. MARTINEZ stated shortly after a phone number texted her about what her friend offered her. But she got scared and did not reply. MARTINEZ stated she texted the phone number today (Saturday, January 11, 2025) and arranged the pick-up location. MARTINEZ stated she was told to go to Jack in the Box fast-food restaurant and wait. MARTINEZ stated a black in color pick-up truck arrived at the location with a dark skin, braids hairstyle, male driver. MARTINEZ stated that two ladies exited the pick-up truck and walked up to her vehicle. MARTINEZ stated she did not tell them where to sit. They went straight to the rear seat. MARTINEZ stated she started driving north towards Houston, Texas which was her drop-off location. MARTINEZ stated at their arrival at the United States Falfurrias Checkpoint, she advised the subjects that they were near immigration. MARTINEZ stated when she was asked by the Border Patrol Agent about one

of the subjects, she said that the subject was her sixteen (16) year old sister and that was currently in high school.

**MATERIAL WITNESS STATEMENT:** Lusy Margareth Hernandez-Barralaga

HERNANDEZ-BARRALAGA stated she crossed the Rio Grande Valley River into the United States about two and a half weeks ago at an unknown location. HERNANDEZ stated she stayed in a trailer for two days in McAllen, Texas which was paid by her husband. While at the trailer she paid a lady to buy and take her food. HERNANDEZ stated the lady who would bring food told her about someone she knows in need of a babysitter. HERNANDEZ then contacted MARTINEZ regarding her babysitting needs. HERNANDEZ along with VELIS worked as babysitters for MARTINEZ for two weeks and were paid in cash weekly. HERNANDEZ stated MARTINEZ asked her and VELIS to accompany her along with her children to run errands. HERNANDEZ stated she did not know where they were traveling to.

**MATERIAL WITNESS STATEMENT:** Maria Yesenia Velis-Deras

VERIS-Delas stated that she crossed the river in Reynosa approximately at 12 midnight. She was headed to Virginia which is where her husband is at. She was escorted by a tall man with tattoos on his arms and walked approximately three hours until they arrived at a road, where she was picked up by a white in color sedan. The driver of the sedan was a male but was not able to get a good look at him. VERIS stated they drove for approximately 40 minutes until they arrived at a house. She stayed at the house for five days until she was picked up in a black in color sedan and transported to another house in which she stayed for six days. They drove approximately one hour to the second house where she stayed with two males, one male went by the name of "negro". During a conversation between the two males, she overheard the word McAllen. VERIS was offered employment as a babysitter by the male that went by the name of "negro". VERIS was picked up by a white complected male in a white in color pickup truck. VERIS was dropped off at what she said looked like an outlet mall near fast food restaurants into a black in color SUV. When VERIS got in the truck she was instructed by the female driver to go all the way to the back seats. When VERIS got into the black SUV she saw the female driver and kids on the

back seat. VERIS said that her husband was the one paying for everything and that she did not know how much he was going to pay.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney's Office who accepted Margarita MARTINEZ for prosecution of 8 USC 1324, Alien Smuggling. Lusy Margareth HERNANDEZ- Barralaga and Maria Yesenia VELIS-Deras will be held as a material witness.

Alejandro Gonzalez
Border Patrol Agent

Submitted by reliable electronic means, sworn to signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day January 12, 2025.

Mitchel Neurock
United States Magistrate Judge